UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| In Re: | ) |
| | ) |
| Lazaro and Gladys Alba | ) Chapter 13 Case No. 06-61925 |
| | ) |
| Debtor | ) |

## NOTICE FOR DEPOSIT OF FUNDS
## INTO U. S. TREASURY FUND 106000

Comes now Paul R. Chael, Standing Chapter 13 Trustee, and moves the Court to allow Trustee to deposit the amount of $3.68 into U. S. Treasury Fund 106000 for the following reasons:

1. That the debtors herein filed a Petition for Relief under Chapter 13 of the U.S. Bankruptcy Code.
2. That the debtor's case was completed in March 2011 and a refund check was sent to the Debtor in the amount of $3.68 in April 2011.
3. To date the check remains uncashed.

WHEREFORE, Paul R. Chael, Standing Chapter 13 Trustee, prays this Court to deposit $3.68 into U.S. Treasury Fund 106000 on behalf of Debtors, Lazaro and Gladys Alba, whose last known address was 508 W. North Street, Crown Point, IN 46307.

/s/    Paul R. Chael
Paul R. Chael, Trustee
Indiana Attorney #3881-45

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Notice was sent electronically on September 6, 2011 to the attorney for the debtor and the United States Trustee and to the debtor by First Class Mail as stated below:

/s/   Paul R. Chael
Paul R. Chael, Chapter 13 Trustee
401 W. 84th Drive, Suite C
Merrillville, IN 46410
(219) 650-4015

Lazaro and Gladys Alba, 508 W. North St., Crown Point, IN 46307